IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 14 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:16 cr 49 HSO-RHW

MICHAEL ALLEN WEBB

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

**The Grand Jury charges:**

COUNT 1

That on about May 14, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **MICHAEL ALLEN WEBB**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture containing a detectable amount of methamphetamine, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 2

That on or about May 14, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **MICHAEL ALLEN WEBB**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, a narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

In violation of Section 924(c)(1)(A), Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **MICHAEL ALLEN WEBB,** shall forfeit to the United States all property involved in or

traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses, including the following:

(1) One Glock, Model 30S, .45 caliber pistol, Serial Number XYV986; and

(2) One Taurus, Model PT 1911, .45 caliber pistol, Serial Number NGX88543

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 14th day of JUNE, 2016.

_____
UNITED STATES MAGISTRATE JUDGE